# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1484 Disciplinary Docket No. 3 |
| | : | |
| JOHN LOUIS D'INTINO, JR. | : | No. 48 DB 2009 |
| | : | |
| | : | Attorney Registration No. 83473 |
| PETITION FOR REINSTATEMENT | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of March, 2019, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).